This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellant,

v.                                                          NO.   32,102

**BERLINDA GONZALES,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Kenneth H. Martinez, District Judge**

Gary K. King, Attorney General
M. Anne Kelly, Assistant Attorney General
Albuquerque, NM

for Appellant

Jacqueline L. Cooper, Chief Public Defender
Sergio Viscoli, Assistant Appellate Defender
Santa Fe, NM

for Appellee

**MEMORANDUM OPINION**

**KENNEDY, Judge.**

The State appeals from the order suppressing statements made by Berlinda Gonzales (Defendant). We issued two calendar notices proposing to affirm. In our second calendar notice, we noted that the district court accepted Defendant's claims that she was in custody when she was questioned and that she was not given *Miranda* warnings, and we proposed to conclude that the district court was correct in suppressing Defendant's statements. In response, the State has notified this Court that it will not be filing a memorandum in opposition to our second calendar notice. Therefore, for the reasons discussed in this Opinion and in our second calendar notice, we affirm the decision of the district court.

**IT IS SO ORDERED.**

_____
**RODERICK T. KENNEDY, Judge**

**WE CONCUR:**

_____
**JAMES J. WECHSLER, Judge**

_____
**MICHAEL D. BUSTAMANTE, Judge**